UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

| | |
|---|---|
| **MERCER,** | USDC SDNY |
| | DOCUMENT |
| | ELECTRONICALLY FILED |
| **Plaintiff,** | DOC#: _____ |
| | DATE FILED: __10/2/2020__ |
| v. | 20-cv-06463 (ALC) |
| | **ORDER** |
| **250 MAIN STREET, LLC,** | |
| **Defendant.** | |

-----------------------------------------------------------------: x

**ANDREW L. CARTER, JR., District Judge:**

It having been reported to the Court that this case has been or will be settled, the above-captioned action is hereby discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

**Dated: October 2, 2020**

　　　**New York, New York**

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　**ANDREW L. CARTER, JR.**
　　　　　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**