| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **SOUTHERN DISTRICT OF NEW YORK** <br> ------------------------------------------------------------------x <br> **MERCER,** <br>                                        **Plaintiff,** <br><br>        **v.** <br><br> **250 MAIN STREET, LLC,** <br><br>                                        **Defendant.** <br> ------------------------------------------------------------------x | USDC SDNY <br> DOCUMENT <br> ELECTRONICALLY FILED <br> DOC#: _____ <br> DATE FILED: \_\_10/30/2020\_\_ <br><br> 1:20-cv-06463-ALC <br> **<u>ORDER</u>** |

**ANDREW L. CARTER, JR., District Judge:**

      On October 29, 2020, the Parties filed a Joint Letter Motion for Extension of Time to file a stipulation of dismissal. ECF No. 11. On that same day, Plaintiff filed a Notice of Voluntary Dismissal with Prejudice. ECF No. 12. The Court would grant the requested extension if the Notice of Voluntary Dismissal with Prejudice were withdrawn by Plaintiff. However, if the Notice of Voluntary Dismissal with Prejudice remains in effect, the Court sees no need for a stipulation of dismissal, and would deny the Joint Letter Motion for Extension of Time to file one. Plaintiff is hereby ORDERED to indicate to the Court how it would like to proceed no later than November 4, 2020.

**SO ORDERED.**
**Dated: October 30, 2020**
      **New York, New York**

                                                                            */s/ Andrew L. Carter, Jr.*
                                                                            **ANDREW L. CARTER, JR.**
                                                                            **United States District Judge**