**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------x

| | |
|---|---|
| **MERCER,** | USDC SDNY |
| | DOCUMENT |
| **Plaintiff,** | ELECTRONICALLY FILED |
| | DOC#: _____ |
| | DATE FILED: 11/2/2020 |
| v. | 20-cv-06463 (ALC) |
| | **<u>ORDER</u>** |
| **250 MAIN STREET, LLC,** | |
| **Defendant.** | |

------------------------------------------------------------: x

**ANDREW L. CARTER, JR., District Judge:**

    The Parties' Request for Extension of Time, ECF No. 11, is hereby DENIED as moot in light of Plaintiff's Notice of Voluntary Dismissal, ECF No. 12.

**SO ORDERED.**

**Dated: November 2, 2020**

    **New York, New York**

                                                                   **ANDREW L. CARTER, JR.**
                                                                   **United States District Judge**